# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

**DORRELL RICHENSON COULTHRUST,**

     Petitioner,

vs.                       Civil No. 08-151 MV/ACT

**FILED**

UNITED STATES DISTRICT COURT
SANTA FE, NEW MEXICO

APR 2 3 2008

**THOMAS DECKER,**

     Respondent.

MATTHEW J. DYKMAN
CLERK

### ORDER and JUDGMENT

**THIS MATTER** comes before the Court on the proposed findings and recommended disposition of the United States Magistrate Judge. [Docket No. 11.] Petitioner did not file a response. Moreover, Petitioner has failed to comply with D.N.M.LR-Civ. 83.6 which requires "...parties appearing *pro se*...to notify the Clerk, in writing, of any change in their mailing addresses..."

   **IT IS THEREFORE ORDERED** that the proposed findings and recommended disposition of the United States Magistrate Judge are hereby adopted by the Court.

   **IT IS FURTHER ORDERED** that Petitioner's Writ of Habeas Corpus Pursuant to 28 U.S.C.A. § 2241 filed February 8, 2008 is dismissed with prejudice.

_____

**MARTHA VAZQUEZ, CHIEF**
**UNITED STATES DISTRICT JUDGE**